# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JAMIEL JOHNSON, | : | No. 95 MAP 2013 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court dismissing the |
| | : | Petition for Review at No. 441 MD 2012 |
| v. | : | dated July 10, 2013 |
| | : | |
| | : | |
| JOHN E. WETZEL, SECRETARY OF PA. | : | |
| DEPARTMENT OF CORRECTIONS, | : | |
| | : | |
| Appellee | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**                                             **DECIDED:  August 19, 2014**

AND NOW, this 19th day of August, 2014, the Order of the Commonwealth Court is

AFFIRMED.  The Application for Relief and Application for Leave to Amend Appellant's

Brief are **DENIED**.